UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS EDWARD KENNEDY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DARREN SWENSON,<br><br>　　　　　　Respondent. | Case No.  C06-5446FDB<br><br>ORDER GRANTING I.F.P.<br>APPLICATION |

　　　Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

　　　The Clerk is directed to mail a copy of this Order to petitioner.

　　　DATED this 5th day of September, 2006.

　　　　　　　　　　　　　　　　　　　　_/s/ J. Kelley Arnold_____
　　　　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge