UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS E. KENNEDY,

       Petitioner,

     v.

DARREN SWENSEN,

       Respondent.

Case No. C06-5446FDB

ORDER DENYING CERTIFICATE
OF APPEALABILITY

The Court adopted the Magistrate Judge's Report and Recommendation on the basis that the petitions were not filed within the one-year limitations period.  Petitioner is not entitled to a certificate of appealability as reasonable jurists could not differ in their opinions on this issue.

ACCORDINGLY, IT IS ORDERED: Motion for Certificate of Appealability [Dkt. # 25] is DENIED.

DATED this 23rd day of February, 2007.

                                 _____
                                 FRANKLIN D. BURGESS
                                 UNITED STATES DISTRICT JUDGE

ORDER - 1